*Elizabeth M. Inkster,* assistant public defender, in opposition.

Decided February 24, 1993

KATHLEEN B. BORKOWSKI *v.* JOHN J. BORKOWSKI

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 925 (AC 10882), is granted, limited to the following issue:

"When a party files a motion to modify which seeks termination of alimony after a prior modification of alimony, may the trial court consider any change of circumstances arising since the date of the original decree?"

The Supreme Court docket number is SC 14705.

*Wesley W. Horton* and *Alexandra Davis,* in support of the petition.

*Averum J. Sprecher,* in opposition.

Decided February 24, 1993